◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRY M. WOOLLEY, Appellant. (Appeal No. 2.) [735 NYS2d 856] —Judgment unanimously affirmed. Same Memorandum as *People v Woolley* (289 AD2d 1084 [decided herewith]). (Appeal from Judgment of Cattaraugus County Court, Himelein, J.—Sexual Abuse, 1st Degree.) Present—Pigott, Jr., P. J., Hayes, Scudder, Burns and Gorski, JJ.